*Exhibit A – Dougherty's Affidavit*

## AFFIDAVIT OF BENJAMIN DOUGHERTY

STATE OF MISSOURI §
§
COUNTY OF CHRISTIAN §

BEFORE ME, the undersigned authority, on this day personally appeared Benjamin Dougherty, who being by me duly sworn, deposed and stated:

My name is Benjamin Dougherty. I am over the age of eighteen. I have never been convicted of a felony or crime of moral turpitude, and am fully competent and capable of making this affidavit. The facts stated within this affidavit are within my personal knowledge, and are true and correct.

I moved to Ozark, Missouri on May 25, 2017, and have lived in my current residence at 1502 W. Frosty Drive, Unit #4, Ozark, Missouri 65721 since June 6, 2017. I signed a year lease for my current residence. My children are current students at schools in Missouri.

I have a Missouri driver's license.

I am not registered to vote in Texas. I do not possess a bank account in Texas. I have a Missouri bank account.

For all intents and legal purposes, I consider myself a Missouri resident. I have moved to Missouri with my family for the intentions of residing in Missouri permanently for the foreseeable future.

Benjamin Dougherty

SWORN TO AN SUBSCRIBED before me on the 03 day of February, 2018.

Notary Public, State of Missouri

TURNER BROCK
Notary Public - Notary Seal
State of Missouri
Greene County
My Commission Expires 07-24-2021
Commission # 17556099