IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSHUA NEDDO, GERALDINE NEDDO, AND KAILEYAH NEDDO, *Plaintiffs*, | § § § § § | |
| V. | § § | Civil Action No. 5:18-CV-00139-XR |
| NEW PRIME, INC. AND BENJAMIN JAMES DOUGHERTY, *Defendants*. | § § § § | |

## AGREED RULE 41(a) STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs, JOSHUA NEDDO, GERALDINE NEDDO and KAILEYAH NEDDO and file this Agreed Stipulation of Dismissal for claims against Defendants, NEW PRIME, INC. and BENJAMIN JAMES DOUGHERTY pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and would show onto the Court the following:

Plaintiffs hereby stipulate that they no longer desire to pursue their causes of action against Defendants NEW PRIME, INC. and BENJAMIN JAMES DOUGHERTY and request that this case be dismissed with prejudice.

[signature page to follow]

Respectfully submitted,

**THOMAS J. HENRY LAW, PLLC**
5711 University Heights Blvd., Ste. 101
San Antonio, Texas 78249
(210) 656-1000
(361) 985-0601 (fax)

By: _____
OMAR S. RIVERO
State Bar No. 16958150
orivero-svc@tjhlaw.com

**ATTORNEY FOR PLAINTIFFS**

**AGREED:**

**CASTAGNA SCOTT LLP**
1120 S. Capital of Texas Highway
Building 2, Suite 270
Austin, Texas 78746
512/329-3290
888/255-0132 (fax)

By: __/s/ Daryl R. Hayes__
DARYL R. HAYES
State Bar No. 00790844
Daryl@texasdefense.com

**ATTORNEYS FOR DEFENDANTS**